# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

PATRICIA CARNEY and ) 
RONNIE CARNEY, ) 
  ) 
    Plaintiffs, )     CIVIL ACTION FILE 
  )     NO.:  1:09-CV-2638-CAM 
v. ) 
  ) 
PALISADES COLLECTION, L.L.C., ) 
a Delaware limited liability company, ) 
  ) 
    Defendant. ) 
_____ ) 

## <u>STIPULATED DISMISSAL WITH PREJUDICE</u>

COME NOW, Plaintiffs, Patricia Carney and Ronnie Carney and Defendant Palisades Collection, L.L.C., by and through the undersigned counsel, have agreed to the Stipulated Dismissal of all claims asserted in this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiffs, Patricia Carney and Ronnie Carney dismiss *with prejudice* all claims asserted in this matter. Each party shall bear its own attorney's fees and costs.

SO STIPULATED November 2, 2009.

[SIGNATURES CONTAINED ON FOLLOWING PAGE.]

## CERTIFICATION OF FONT TYPE AND SIZE

The undersigned counsel hereby certify that this *Stipulated Dismissal With Prejudice* has been prepared with Times New Roman 14-Point Font, as approved in LR 5.1C.

Respectfully submitted, this 2nd day of November, 2009.

CONSENTED TO BY:

**SKAAR & FEAGLE, LLP**

/s/ James M. Feagle
James M. Feagle
Georgia Bar No. 256916
*Attorneys for Plaintiffs*

108 E. Ponce de Leon Ave.
Suite 204
Decatur, Georgia 30030
(404) 373-1970
(404) 601-1855 (facsimile)
jimfeagle@aol.com

CONSENTED TO BY:

**WEINSTOCK & SCAVO, P.C.**

/s/ Matthew R. Rosenkoff
Louis R. Cohan
Georgia Bar No. 173357
Matthew R. Rosenkoff
Georgia Bar No. 842117
*Attorneys for Defendant*

3405 Piedmont Road, N.E., Suite 300
Atlanta, Georgia 30305
(404) 231-3999
(404) 231-1618 (facsimile)
lcohan@wslaw.net
mrosenkoff@wslaw.net